## NOTICE OF ATTORNEY'S LIEN

**TO:**
Simerdeep Kaur
Gregory Beck
City of Chicago Department of Law
2 N LaSalle St. Suite 420
Chicago, IL 60602
(312) 744-2026
(312) 742-5146
Simerdeep.kaur@cityofchicago.org
Gregory.beck@cityofchicago.org

**RE:** Diana Garcia
**Matter:** Diana Garcia v. City of Chicago, et al 25−cv−3245

Please take notice that the undersigned attorney of record, **Ed Fox and Ed Fox & Associates, Ltd.**, have been retained to prosecute and/or handle the above-referenced claim and hereby asserts an Attorney's Lien upon any and all claims, demands, causes of action, settlements, judgments, awards, and proceeds payable to or for the benefit of the said client arising out of, or relating to, the above matter.

This lien attaches to any money or property which may be recovered, paid, or awarded in connection with the claim or cause of action, whether by settlement, compromise, judgment, or otherwise, including but not limited to settlement proceeds issued by liability insurers or other responsible parties.

Ed Fox and Ed Fox & Associates, Ltd. shall have first-in-line priority for attorney's fees and litigation costs. Accordingly, do not disburse any proceeds or settlement funds in connection with the above matter without making payment or other satisfactory arrangements for the undersigned's interest.

**DATED:** January 7, 2026

By: /s/ Ed Fox
Ed Fox, Attorney at Law
ED FOX & ASSOCIATES, LTD.
Suite 425
118 N. Clinton St., Chicago, IL. 60661
312-345-8877
efox@efoxlaw.com

**Certificate of Service**

I hereby certify that on January 7, 2026, a true and correct copy of the foregoing Notice of Attorney's Lien was served upon all parties identified above via Certified Mail

/s/ Ed Fox